# Court of Appeals
# of the State of Georgia

ATLANTA,  September 26, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1286. JASMINE GRACHELLE MOORE v. THOMAS GENE HILL, JR.**

After denying Jasmine Grachelle Moore's petition for change of child custody, the trial court awarded Thomas Gene Hill, Jr., $5,000 in attorney fees under OCGA § 9-15-14 on October 27, 2022. On January 26, 2023, the trial court issued an addendum to the OCGA § 9-15-14 award in which it (1) directed that the $5,000 award may be offset against the entire monthly amount of Hill's child support obligation until the $5,000 or any unpaid portion thereof had been offset, and (2) ordered any employer to stop Hill's child support payments. Moore then filed this direct appeal. We lack jurisdiction.

Appeals from orders granting attorney fees under OCGA § 9-15-14 must be made by discretionary application, not direct appeal. See OCGA § 5-6-35 (a) (10). Moore's failure to comply with the discretionary appeal procedure in seeking review of the OCGA § 9-15-14 award deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/26/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*